# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| JIMMY DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-CV-208-RJC-DSC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's Motion for Award of Attorney Fees, filed on February 3, 2010 (document #13). The parties have reached agreement on this matter entitling Plaintiff to $3,705.00 in attorney's fees, which provides for full settlement in satisfaction of any and all claims for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's counsel shall be paid the sum of $3,705.00 in EAJA fees directly as assignee of Plaintiff.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order on counsel for the parties.

**SO ORDERED**.

Signed: February 22, 2010

David S. Cayer
United States Magistrate Judge