# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| JIMMY DIXON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration, )<br>)<br>Defendant. ) | C.A. No. 3:09-CV-208-RJC-DSC |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b), filed on December 30, 2011 (Dkt. No. 19). The parties have reached an agreement on this matter allowing Plaintiff to recover $4,527.25 in attorneys' fees pursuant to 42 U.S.C. § 406(b), provided that Plaintiff's counsel return to Plaintiff the $3,705.00 previously paid pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's counsel shall be paid the sum of $4,527.25 in attorneys' fees pursuant to 42 U.S.C. § 406(b).

2. Plaintiff's counsel shall return to Plaintiff the $3,705.00 previously paid pursuant to EAJA.

3. The Clerk is directed to serve copies of this Order on counsel for the parties.

**SO ORDERED**.　　　　　　　　　　Signed: January 20, 2012

David S. Cayer
United States Magistrate Judge